## UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

NWAMAKA ANOWI
CLERK

TELEPHONE
(804) 916-2700

June 13, 2024

Laura A. Austin, Clerk
U.S. District Court
Western District of Virginia
210 Franklin Rd SW, Suite 540
Roanoke, VA 24011

     **Re:**   **Goodwin v. Clarke**
          **7:22-cv-00517-EKD-JCH**

Dear Ms. Austin:

     The enclosed notice of appeal was received by this court on June 5, 2024.

     In accordance with Rule 4(d) of the Federal Rules of Appellate Procedure, the notice has been date stamped and is being forwarded to your court for appropriate disposition. See FRAP 4(d) ("If a notice of appeal in either a civil or a criminal case is mistakenly filed in the court of appeals, the clerk of that court must note on the notice the date when it was received and send it to the district clerk. The notice is then considered filed in the district court on the date so noted.")

     If this notice of appeal duplicates a notice already received by the district court, the notice need not be transmitted to this court a second time.

     Sincerely,

     Mark E. O'Brien
     Chief Deputy Clerk

MEO:cad
Enclosure

cc:    Jacob Scott Goodwin (w/ stamped 1st page)
      #1931215
      VDOC Centralized Mail Distribution Center
      3521 Woods Way
      State Farm, VA 23160

United States District Court for the _Fourth Circuit_

District of _western district of virginia_

Docket Number _7:22-cv-00517-EKD-JCH_

JACOB SCOTT GOODWIN

      v.

HAROLD W. CLARKE

  )
  )    Notice of Appeal
  )
  )

RECEIVED
2024 JUN -5 A 11: 25
U.S. COURT OF APPEALS
FOURTH CIRCUIT

_Jacob Scott Goodwin_ (name all parties taking the appeal)*
appeal to the United States Court of Appeals for the _Fourth_ Circuit from the final judgment
entered on _3-4-2024_ (state the date the judgment was entered).

(s) _Jacob Goodwin_

Attorney for _____

Address: _3521 woods way_

_State farm VA. 23160_

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing
benefit of Fed. R. App. P. 4(c)(1), complete the Declaration of Inmate Filing and file that
declaration along with this Notice of Appeal]*

---

* See Rule 3(c) for permissible ways of identifying appellants.

12/01/2021  SCC

United States Court Of Appeals
For The Fourth Circuit

_____

**[insert name of court]**

Jacob Scott goodwin
_____

          v.

Harold W. Clarke
_____

)
)
)
)
)

Case No. 7:22-cv-00517-EKD-JCH

## DECLARATION OF INMATE FILING

I am an inmate confined in an institution. On 4-26-2024 [*insert date*], I deposited the
Certificate of Appealability [*insert title of document: for example "notice of
appeal" or "petition for rehearing/rehearing en banc"]* in this case in the institution's internal mail
system. First-class postage was prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746;
18 U.S.C. § 1621).

Sign your name here: Jacob Goodwin
_____

Print your name here: Jacob goodwin
_____

Date Signed: 4-26-2024

[***Note to inmate filers:*** *If your institution has a system designed for legal mail, you must use that
system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)
(iii).*]

12/01/2018 SCC

①

In his book "The Legal Writer" Harvard
Law Professor Steven. D. Stark suggests
to always write an intoduction to any
legal filing in order to give the judges
a brief overveiw of what the case is
about. To That end Jacob Goodwin submits
the following:
The issue in this case is settled law in
Virginia. The U.S. Supreme court clearly holds
that every element of an offense must
be proven beyond a reasonable doubt.
Jackson v. Virginia, 443 U.S 307 (1979) in
Virginia the courts have adopted a rule that
is wholly consistant with Jackson, Supra,
with respect to a "malicious wounding
with intent to maim, disfigure, disable or
kill" That rule is that the element of
intent must be found by the Jury, or
Clearly derivable by their verdict
JACKSON. V. COM, 218 Va. 490, 492-93
(1977); BACCI .V. COM 213 VA. 236, 238
(1972) There are Three ways to do that
under Virginia law: 1) the Jury says
"guilty with intent..." 2) the Jury says
"as charged in the indictment" or 3)
The Jury says "in the matter joined" if one
is charged with multiple offenses.
The record will clearly establish that
none of These Things happened in this case
The Judgment below is contrary to the
clearly established law stated by the



U.S. Supreme Court in JACKSON. Supra
Jacob goodwin was never Found guilty
of an essential element of malicious
wounding in virginia, and That element
is intent. even under virginia law The
Judgment is void. The lower courts
seemed To Focus on evidence. but This
Claim is not about evidence, it is about
The actual legal Finding Of The Jury,
One That does **NOT** include The element
of intent every lower court decision
that contradicts This is a violation of
Clearly established law as settled by
The U.S Supreme court, and is grounds
For Federal habeas relief

RICHMOND KANSAS CITY 640

20 AB MAY 2024 PM 14  1

RECEIVED
U.S. MARSHALS

U.S Court of Appeals
For The Fourth Circuit
1100 E. Main Street,
Richmond, Virginia, 23219

Jacob Goodwin #1631215
State Farm Correctional Center
3521 Woods Way,
State Farm, VA 23160

RECEIVED
APR 29 2024
MAILROOM

THE VIRGINIA DEPARTMENT OF CORRECTIONS
HAS NEITHER CENSORED NOR INSPECTED THIS
ITEM. THEREFORE THE DEPARTMENT DOES NOT
ASSUME RESPONSIBILITY FOR ITS CONTENTS
STATE FARM CORRECTIONAL COMPLEX