CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
June 13, 2024
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
DEPUTY CLERK

## APPEAL TRANSMITTAL SHEET (non-death penalty)

**Transmittal to 4CCA of notice of appeal filed:** 06/13/24

✓ First NOA in Case

___ Subsequent NOA-same party

___ Subsequent NOA-new party

___ Subsequent NOA-cross appeal

___ Paper ROA   ___ Paper Supp.

Vols: _____

Other: _____

**District:**

Western District of Virginia

**Division:**

Roanoke

**Caption:**

Goodwin v. Clarke

**District Case No.:**

7:22cv00517

**4CCA No(s). for any prior NOA:**

**4CCA Case Manager:**

---

**Exceptional Circumstances:** ___ Bail   ___ Interlocutory   ___ Recalcitrant Witness   ___ Other _____

---

**Confinement-Criminal Case:**

___ Death row-use DP Transmittal

___ Recalcitrant witness

✓ In custody

___ On bond

___ On probation

**Defendant Address-Criminal Case:**

VDOC Centralized Mail Dist. Cntr.
3521 Woods Way
State Farm, VA 23160

**District Judge:**

Elizabeth K. Dillon

**Court Reporter** (list all):

**Coordinator:**

**Fee Status:**

___ No fee required (USA appeal)   ___ Appeal fees paid in full   ✓ Fee not paid

**Criminal Cases:**

___ District court granted & did not revoke CJA status (continues on appeal)

___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)

___ District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**

___ Court granted & did not revoke IFP status (continues on appeal)

___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)

___ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases:**

___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)

___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Sealed Status** (check all that apply):

✓ Portions of record under seal

___ Entire record under seal

___ Party names under seal

___ Docket under seal

---

**Record Status for Pro Se Appeals** (check any applicable):

✓ Assembled electronic record available upon request

___ Additional sealed record available upon request

___ Paper record or supplement available upon request

✓ No in-court hearings held

___ In-court hearings held – all transcript on file

___ In-court hearings held – all transcript not on file

___ Other:

**Record Status for Counseled Appeals** (check any applicable):

___ Assembled electronic record available upon request

___ Additional sealed record available upon request

___ Paper record or supplement available upon request

___ No in-court hearings held

___ In-court hearings held – all transcript on file

___ In-court hearings held – all transcript not on file

___ Other:

---

Deputy Clerk: A. Beeson   Phone: 540-857-5100 x5303   Date: 06/13/24

10/2022