FILED: July 9, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-6582
(7:22-cv-00517-EKD-JCH)
_____

JACOB SCOTT GOODWIN

      Petitioner - Appellant

v.

CHADWICK DOTSON, Director

      Respondent - Appellee

_____

O R D E R
_____

The court grants leave to proceed in forma pauperis.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk